# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON EARL NELSON, <br><br> Defendant. | No. CR 16-107-BLG-SPW-6 <br><br> **ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL** |

UPON the Defendant's Motion to File Document Under Seal (Doc. 320), and good cause appearing,

IT IS HEREBY ORDERED that the Notice of Filing Defendant's Medical Records in Advance of Sentencing Hearing is filed under seal. The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 9th day of November, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1