IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-107-BLG-SPW-6 |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING PETITION TO REVOKE SUPERVISED RELEASE AND VACATING HEARING |
| JASON EARL NELSON, | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion to Dismiss Petition to Revoke Supervised Release (Doc. 480). For good cause shown,

**IT IS HEREBY ORDERED** that the petition to revoke supervised release (Doc. 468) is **DISMISSED.**

**IT IS FURTHER ORDERED** that the revocation hearing set for Wednesday, January 31, 2024, at 1:30 p.m. is **VACATED.**

1

**IT IS FURTHER ORDERED** that the Defendant be released from the custody of the U.S. Marshals Service.

The Clerk of Court is directed to notify counsel and the U.S. Marshals of the making of this Order.

DATED this 12th day of January, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge